Entered on Docket
November 03, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed November 02, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGENT RANCH, LLC, | Adversary No. 10-4400 |
| Plaintiff, | |
| vs. | |
| FIRST BLACKHAWK FINANCIAL CORP, et al., | |
| Defendants. | |

### ORDER DISMISSING ADVERSARY PROCEEDING FOR LACK OF PROSECUTION

On November 1, 2011, the above-entitled Adversary Proceeding came on for a Case Management Conference. No parties appeared. Good cause appearing, and for the reasons stated on the record:

IT IS HEREBY ORDERED that this adversary proceeding is DISMISSED for lack of prosecution.

* * * END OF ORDER * * *

ORDER DISMISSING AP FOR LOP

**Court Service List (via U.S. Mail and/or ECF)**
Gustavo E. Bravo
Smaha Law Group, APLC
7860 Mission Center Ct. #100
San Diego, CA 92108

Law Offices of Smaha and Daley
7860 Mission Center Ct. #100
San Diego, CA 92108

Jeffrey J. Goodrich
Law Offices of Goodrich and Assoc.
336 Bon Air Center #335
Greenbrae, CA 94904

Dan E. Chambers
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614

Paul J. Leeds
Higgs, Fletcher and Mack
401 W A St. #2600
San Diego, CA 92101